**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABIGAIL NICHOLS,<br><br>       Plaintiff,<br><br>   v.<br><br>300 M STREET DEVELOPMENT GROUP,<br>LLC, *et al.*<br><br>       Defendants. | Case No. 1:25-cv-00138-TNM |

**PLAINTIFF'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Abigail Nichols hereby gives notice that this action is voluntarily dismissed without prejudice. Defendants 300 M Street Development Group, LLC and LCOR Asset Management Limited Partnership have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff's dismissal of this action is without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted,

Date: May 28, 2025

*/s/ Randolph T. Chen*
Randolph T. Chen [1032644]
Jason S. Rathod [1000882]
Nicholas A. Migliaccio [484366]
**MIGLIACCIO & RATHOD LLP**
412 H St., NE, Suite 302
Washington, D.C. 20002
(202) 470-3520 (Tel.)
(202) 800-2730 (Fax)
rchen@classlawdc.com

F. Peter Silva [1010483]
Anna Haac [979449]
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave. NW, Suite 1010
Washington, D.C. 20006

1

2

(202) 973-0900 (Tel.)
(202) 973-0950 (Fax)
psilva@tzlegal.com

*Counsel for Plaintiff*